LAWRENCE J. HILTON, ESQ. (STATE BAR NO. 156524)
    lhilton@oneil-llp.com
O'NEIL LLP
19900 MacArthur Boulevard, Suite 1050
Irvine, California 92612
Telephone   (949) 798-0500
Facsimile:   (949) 798-0511

Attorneys for Plaintiff
QUIKSILVER, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| QUIKSILVER, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>OSCAR JUELLE, an individual,<br><br>    Defendant. | Case No. CV 09-03535-AHM (RNBx)<br><br>**JUDGMENT** |

On September 23, 2010, in the Courtroom 14 of the above-entitled Court, the Honorable A. Howard Matz presiding, the Motion for Summary Judgment filed by Plaintiff Quiksilver, Inc. came on regularly for hearing. After full consideration of the Motion, the papers submitted in support of and in opposition to the Motion, the pleadings, the arguments of counsel, and the records and files in this action, finds that there is no genuine issue of material fact and that Quiksilver, Inc. is entitled to summary judgment as a matter of law on all claims.

H&O: #87775 v1

JUDGMENT

1 **IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT**:

2 Judgment is entered in favor of Plaintiff Quiksilver, Inc. and against Defendant
3 Oscar Juelle in the amount of $1,491,514.96, along with accrued interest in the
4 amount of $223,317.87 through September 29, 2010.  Plaintiff shall be entitled to
5 recover its costs.

6

7 Dated: September 30, 2010

8 **JS-6**                                          _____

9                                                   UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

H&O: #87775 v1

2

JUDGMENT